IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02243-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

CHRISTOPHER GOUDGE,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, Christopher Goudge, has submitted a Letter to the Court complaining about his conditions of confinement at the Denver County Jail. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers that the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   X   is not submitted
(2)   ___  is missing affidavit
(3)   X   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___  is missing certificate showing current balance in prison account
(5)   ___  is missing required financial information
(6)   ___  is missing an original signature by the prisoner
(7)   ___  is not on proper form (must use the court's current form)
(8)   ___  names in caption do not match names in caption of complaint, petition or habeas application
(9)   X   other: § 1915 Motion and Affidavit are necessary only if Plaintiff does not

<u>pay the $350.00 filing fee and the $50 administrative fee</u>.

**Complaint, Petition or Application**:
- (10)  X    is not submitted
- (11)  ___  is not on proper form (must use the court's current form)
- (12)  ___  is missing an original signature by the prisoner
- (13)  ___  is missing page no. __
- (14)  ___  uses et al. instead of listing all parties in caption
- (15)  ___  names in caption do not match names in text
- (16)  ___  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
- (17)  ___  other: _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Plaintiff shall obtain the court-approved Prisoner Complaint and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED August 22, 2013, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge