IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02243-BNB

CHRISTOPHER GOUDGE,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendants.

ORDER DISMISSING CASE

    Plaintiff, Christopher Goudge, is detained in the Denver County Jail.  He initiated this action by submitting a Letter to the Court complaining about his conditions of confinement.

    On August 22, 2013, Magistrate Judge Boyd N. Boland reviewed the submitted document and determined that it was deficient.  Accordingly, Magistrate Judge Boland directed Mr. Goudge to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the court-approved form within 30 days of the August 22 Order, or to pay the $350.00 filing fee, plus a $50.00 administrative fee.  [*See* Doc. # 3].  Magistrate Judge Boland further ordered Mr. Goudge to file a Prisoner Complaint on the court-approved form within thirty days of the August 22 Order.  [*Id.*].

    On September 4, 2013, Mr. Goudge filed a Letter asking the Court to dismiss this action.  [Doc. # 4].

    Fed. R. Civ. P. 41(a)(1) provides that "the plaintiff may dismiss an action without

1

a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ."  No answer or motion for summary judgment has been filed by Respondent in this action.  Further, a voluntary dismissal under Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary.  *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968).  The motion, therefore, closes the file as of September 4, 2013. *See Hyde Constr. Co.*, 388 F.2d at 507.  Accordingly, it is

ORDERED that the action is dismissed pursuant to Fed. R. Civ. P. 41(a)(1).  It is

FURTHER ORDERED that the voluntary dismissal is without prejudice and is effective as of September 4, 2013, the date Mr. Goudge filed a Letter requesting that this action be dismissed.

DATED at Denver, Colorado, this  9th  day of    September   , 2013.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

2